IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TOMOKO FUNAYAMA,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 08-5599 |
| | : | |
| **NICHIA AMERICA CORP., et al.,** | : | |
| Defendants | : | |

**O R D E R**

**STENGEL, J.**

**AND NOW**, this 20th day of May, 2009, upon consideration of the defendants' Motion to Dismiss (Document #6), it is hereby ORDERED that the motion is GRANTED IN PART and DENIED IN PART, as follows:

1. The defendant's motion to dismiss Count I of the Amended Complaint (Race/National Origin Discrimination in Violation of 42 U.S.C. § 1981) is GRANTED.  Count I is hereby DISMISSED;

2. The defendant's motion to dismiss Counts II, IX–XII (Retaliation under Section 1981, Title VII, the ADEA, and the PHRA) is DENIED;

3. The defendant's motion to dismiss Counts IV, VI, VIII, X, XIV–XV (Gender, Age, Race/National Origin Discrimination and Retaliation under the PHRA) is DENIED.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.