IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOMOKO FUNAYAMA, | : |
| | : CIVIL ACTION NO. 08-CV-5599 |
| Plaintiff, | : |
| vs. | : |
| | : |
| NICHIA AMERICA CORPORATION, and | : |
| SHIGEO KUBONIWA, | : |
| | : |
| Defendants. | : |

### MOTION OF PLAINTIFF'S COUNSEL RALPH E. LAMAR FOR LEAVE TO WITHDRAW AS COUNSEL TO PLAINTIFF TOMOKO FUNAYAMA

Ralph E. Lamar, Esq., moves this Court for an Order granting him leave to withdraw as counsel to Plaintiff Tomoko Funayama, and in support thereof avers as follows:

1. On or about November 2, 2008, Plaintiff Tomoko Funayama entered into an attorney-client relationship with Ralph E. Lamar, Esq. for the undersigned attorney to represent her in the above-captioned employment discrimination claim.

2. Plaintiff has recently notified counsel that she has terminated the representation by Mr. Lamar.

3. Ralph E. Lamar, also moves for leave to withdraw as counsel to Plaintiff in this action because of Plaintiff's position with regard to the prosecution of her case.

4. On October 9, 2009, Ralph E. Lamar indicated to plaintiff in an e-mail that due to the preceding he would be moving the Court for leave to withdraw as counsel in this case.

5. In order to insure that Plaintiff's rights are fully protected, Counsel does not believe that it is appropriate to disclose detailed facts supporting the foregoing. Should the Court require the same, counsel respectfully suggests that the facts only be disclosed on an *In Camera* basis.

6. The filing of this Motion shall in no way be deemed a waiver in any form of Plaintiff's counsel entitlement to attorneys' fees and costs for work performed in this matter pursuant to either the Fee Agreement between Plaintiff and Ralph E. Lamar or rights under applicable law.

7. In accordance with Rule 1.16 of the Rules of Professional Conduct, the undersigned files this Motion for Leave to Withdraw.

WHEREFORE, Ralph E. Lamar, Esq. respectfully requests that this Court enter the proposed Order attached hereto, granting his Motion for Leave to Withdraw from Representation of Plaintiff Tomoko Funayama in this action.

    _s/Ralph E. Lamar, IV_____
RALPH E. LAMAR, IV
1304 Lincoln Drive West
Ambler, PA 19002
(215) 643-3711
(215) 643-3811 facsimile
ralph.lamar@verizon.net

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    I, Ralph E. Lamar, IV, Esquire hereby certify that on this the 12th day of October, 2009, I caused a true and correct copy of Motion of Ralph Lamar for Leave to Withdraw as Plaintiff's Counsel to be served today by electronic mail upon counsel for Defendants, and plaintiff, at the addresses listed below:

>Rory O. Connaughton
>Hartman, Underhill & Brubaker, LLP
>221 E. Chestnut Street
>Lancaster, PA 17602-2782
>
>Tomoko Funayama
>112 N. Main Ave
>Sylacauga, AL 35150

>By:   *s/Ralph E. Lamar, IV*
>      RALPH E. LAMAR, IV
>      ATTORNEY FOR PLAINTIFF