IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TOMOKO FUNAYAMA
    v.
NICHIA AMERICA CORPORATION
                                       CIVIL ACTION NO: 08-5599

**AMENDED**

**SETTLEMENT CONFERENCE SCHEDULING ORDER**

      Please be advised that the in person settlement conference in the above-captioned case scheduled for Monday, December 14, 2009, is changed to **AN IN PERSON SETTLEMENT CONFERENCE TO BE HELD THURSDAY, DECEMBER 17, 2009, AT 9:30 AM,** before the Honorable Henry S. Perkin, United States Magistrate Judge, **U.S. Courthouse, 504 Hamilton St., Ste. 4401, on the 4th floor, Allentown, PA.**

      COUNSEL ARE DIRECTED TO REPORT TO CHAMBERS ON THE DATE AND TIME STATED ABOVE.  PURSUANT TO LOCAL RULE 16.1 (d) 3, COUNSEL SHALL APPEAR AND BRING WITH THEM ALL PERSONS WHOSE CONSENT MAY BE NECESSARY TO SETTLE THIS CASE. **ALL PERSONS SHALL MEAN INSURANCE ADJUSTORS WITH FULL AND UNLIMITED AUTHORITY TO SETTLE THE CASE, AS WELL AS CLIENTS.  PERSONS PRESENT MUST HAVE FULL AND UNLIMITED SETTLEMENT AUTHORITY AND MAY NOT CONFER BY TELEPHONE WITH ANYONE TO SEEK ADDITIONAL AUTHORITY.  DEFENDANT'S SETTLEMENT AUTHORITY MUST BE CONSISTENT WITH AND NOT LESS THAN THE PLAINTIFF'S LAST DEMAND.**

      FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN THE IMPOSITION OF SANCTIONS.

      Counsel are further directed to complete the enclosed Settlement Conference Summary and return it to Chambers on or before THURSDAY, DECEMBER 10, 2009, Noon, . (Fax is acceptable)

      See Judge Perkin's Settlement Procedures at www.paed.uscourts.gov.

                                                S/S HENRY S. PERKIN
                                                HENRY S. PERKIN, U.S.M.J.
                                                FOR INFORMATION CONTACT
                                                Chambers
                                                Phone: 610-434-3823
                                                Fax: 610-434-5152

Date: November 13, 2009
cc: Ralph Lamar, IV, Esq.   215-643-3811
    Rory Connaughton, Esq.  717-299-3160

```
                    SETTLEMENT CONFERENCE SUMMARY


CAPTION:         _____

DISTRICT COURT JUDGE:    _____    JURY/NONJURY

        TRIAL/POOL DATE:    _____    (Circle One)

TRIAL COUNSEL ATTENDING SETTLEMENT CONFERENCE:

        Name:    _____

        Address: _____

        Phone:   _____   FAX:  _____

        Client:  _____

MOTIONS PENDING:

        _____

        _____

        _____


OTHER RELEVANT MATTERS:

        _____

        _____

        _____


PRIOR OFFERS/DEMANDS:   _____

_____

ATTACH SYNOPSIS OF CASE (LIMITED TO TWO PAGES)
```

**COUNSEL IS ASKED TO STRICTLY ADHERE TO THE STANDARD DIRECTIVES SET FORTH IN JUDGE PERKIN'S POLICIES AND PROCEDURES.**