# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TOMOKO FUNAYAMA, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 08-5599 |
| | : | |
| NICHIA AMERICA | : | |
| CORPORATION, et al | : | |
| Defendants | : | |

## O R D E R

**STENGEL, J.**

**AND NOW,** this 21st day of July, 2010, upon careful review of the Report and Recommendation of Magistrate Judge Henry S. Perkin dated May 26, 2010, and the objections filed by plaintiff Tomoko Funayama on June 15, 2010, the Report and Recommendation is **APPROVED** and **ADOPTED**.

It is further ordered that:

1. Plaintiff's Motion to Request Re-Open 1981 Complaint (Document 39) is DENIED;

2. Plaintiff's Motion to Amend Complaint to Add Delivery of Adult Sexual Material to Plaintiff by Defendants on 9/15/09 at Plaintiff's Deposition (Document 40) is DENIED;

3. Plaintiff's Motion to Request Preliminary Hearing on Child Explicit Material Sent by Defendants (Document 41) is DENIED;

4. Plaintiff's Motion to Dismiss Ralph Lamar's Fee Lien (Document 42) and Plaintiff's Amended Motion to Dismiss Ralph Lamar's Fee Lien (Document 47)

are DENIED as moot.

5. The discovery period in this case is **RE-OPENED**. The parties shall complete discovery in this matter no later than **September 27, 2010.** The parties are directed to cooperate to the fullest extent possible in the completion of discovery by September 27, 2010. No requests for an extension of time to complete discovery will be granted.

6. Summary judgment motions pursuant to Federal Rule of Civil Procedure 56 must be filed on or before **November 12, 2010**. No requests for an extension of time to file summary judgment motions will be granted. Responses to summary judgment motions must be filed on or before December 3, 2010.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.