# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TOMOKO FUNAYAMA,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 08-5599 |
| | : | |
| **NICHIA AMERICA** | : | |
| **CORPORATION, et al** | : | |
| Defendants | : | |

## O R D E R

**AND NOW,** this 13th day of April, 2011, IT IS HERE BY ORDERED that, following careful consideration of the motions, responses, and exhibits filed by the parties and pursuant to the reasoning set forth in the attached memorandum:

1. Defendants' motion for summary judgment (Document No. 76) is **GRANTED.**

2. Plaintiff's motion for summary judgment (Document Nos. 80 and 82) is **DENIED.**

3. Defendants' motion to strike and amended motion to strike (Document Nos. 92 and 94) are **DENIED as moot.**

4. Plaintiff's motions for reconsideration filed December 28, 2010, January 4, 2011, and January 10, 2011 (Document Nos. 95, 98, and 100) are **DENIED.**

5. The Clerk of Court is directed to docket the attached book entitled "The Secret Paris of the 1930's."

6. The Clerk of Court is directed to mark this case closed.

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.